TRUMBULL COUNTY BAR ASSOCIATION *v*. DULL.

[Cite as *Trumbull Cty. Bar Assn. v. Dull*, ___ Ohio St.3d ___,

**2019-Ohio-1109.**]

(No. 2017-0490—Submitted February 27, 2019—Decided March 28, 2019.)

ON APPLICATION FOR REINSTATEMENT.

————————————

**{¶ 1}** This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Joseph Terrence Dull, Attorney Registration No. 0009288, last known business address in Niles, Ohio.

**{¶ 2}** The court coming now to consider its order of December 5, 2017, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent for a period of two years, with second year stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

**{¶ 3}** Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

**{¶ 4}** It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

**{¶ 5}** For earlier case, see *Trumbull Cty. Bar Assn. v. Dull*, 151 Ohio St.3d 601, 2017-Ohio-8774, 91 N.E.3d 739.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

————————————